CAUSE NO. 28,778

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HUNT COUNTY, TEXAS |
| COREY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

AT FILED
AUG 07 2015
FILED IN
6th COURT OF APPEALS
OF HUNT COUNTY, TEXAS
8/19/2015 8:28:42 AM
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes COREY HAYES PARKER, Defendant in the above styled and numbered cause, by and through his court appointed trial attorney and gives this written notice of appeal to the 6th Court of Appeals at Texarkana from the judgment of conviction and sentence herein rendered against COREY HAYES PARKER on August 3, 2015.

Defendant would further state unto the Honorable Trial Court that he had been released on a personal recognizance bond for two (2) years and eight (8) months from the date of the filing of his affidavit of inability to employ counsel in this cause and the appointment of trial counsel; that Defendants financial circumstances have not changed since the filing of such affidavit of inability to employ counsel; that Defendant does not have the resources to employ counsel to represent him on appeal and, therefore, respectfully request this Honorable Court appoint approved appellate counsel to represent Defendant upon appeal.

Defendants trial counsel, Jack L. Paris, Jr. respectfully request that he be released from any further responsibility with respect to the representation of the defendant upon appeal.

Respectfully submitted,

COREY HAYES PARKER

NOTICE OF APPEAL

JACK L PARIS JR LAW OFFICE PC
3101 Joe Ramsey Blvd., Ste. 101
P O Box 8277
Greenville, TX 75402
Tel: (903) 455-5797
Fax:   (903) 455-6205


By: _Jack L Paris Jr_____
Jack L. Paris, Jr.
State Bar No. 15461500
jlparislaw@ymail.com
Attorney for **COREY HAYES PARKER**


## CERTIFICATE OF SERVICE

This is to certify that on *AUG. 7* ~~July 10~~, 2015, a true and correct copy of the above and foregoing

document was served by hand delivery to Calvin Grogan, Assistant Hunt County District Attorney

at the Hunt County Courthouse, Greenville, Texas.


_Jack L Paris Jr_____
Jack L. Paris, Jr.



AT FILED

AUG 0 3 2015

| | |
|---|---|
| THE STATE OF TEXAS | §   IN THE DISTRICT COURT |
| | § |
| V. | § |
| | §   OF HUNT COUNTY, TEXAS |
| COREY HAYES PARKER | § |
| | § |
| STATE ID No.: TX 06549725 | §   196TH JUDICIAL DISTRICT |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, J. ANDREW BENCH ,Judge of the trial court certify this criminal case:

☒ is not a plea bargain case, and the defendant has the right of appeal; or

☐ is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived and the defendant has the right of appeal; or

☐ is a plea bargain case, but the trial court has given permission to appeal; and the defendant has the right to appeal; or

☐ is a plea bargain case, and the defendant has NO right of appeal; or

☐ the defendant has waived the right of appeal.

Signed on 08-03-2015.

HONORABLE J. ANDREW BENCH
196 TH JUDICIAL DISTRICT COURT

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and I have only thirty (30) days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. PRO. R. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

_____
Defendant (MUST SIGN)

_____
Attorney for Defendant

Mailing Address: _____

SBN: _15461500_

Telephone number: _____

Address: 3101 JOE RAMSEY BLVD.,STE. 101
GREENVILLE,TEXAS 75404-8277
Telephone Number: 903-455-5797
Fax Number: 903-455-6205